NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SPAULDING DECON, LLC, a Florida )
limited liability company, and LAURA )
SPAULDING, an Individual, )
                           )
        Appellants, )
                           )
v. ) Case No. 2D17-1038
                           )
FEDERATED NATIONAL INSURANCE )
COMPANY f/k/a AMERICAN VEHICLE )
INSURANCE COMPANY, a Florida )
corporation, )
                           )
        Appellee. )
_____ )

Opinion filed February 7, 2018.

Appeal from the Circuit Court for
Hillsborough County; Elizabeth G. Rice,
Judge.

Lisa A. Oonk of Lisa A. Oonk, P.A., Palm
Harbor, for Appellants.

Michael W. Baker of Bazinsky, Korman,
& Baker, P.A., Plantation, for Appellee.


PER CURIAM.


        Affirmed.


LaROSE, C.J., and SLEET and BADALAMENTI, JJ., Concur.